1  JON W. DAVIDSON
2  TARA L. BORELLI
   PETER C. RENN
3  SHELBI DAY
   (*above counsel will comply with LR IA 10-2 within 10 days*)
4  LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
   3325 Wilshire Boulevard, Suite 1300
5  Los Angeles, California  90010
   Email:  jdavidson@lambdalegal.org
6           tborelli@lambdalegal.org
7           prenn@lambdalegal.org
            sday@lambdalegal.org
8  Tel:  213.382.7600 | Fax:  213.351.6050

9  CARLA CHRISTOFFERSON
   DAWN SESTITO
10 MELANIE CRISTOL
11 RAHI AZIZI
   (*above counsel will comply with LR IA 10-2 within 10 days*)
12 O'MELVENY & MYERS LLP
   400 South Hope Street
13 Los Angeles, California  90071
   Email:  cchristofferson@omm.com
14          dsestito@omm.com
            mcristol@omm.com
15          razizi@omm.com
16 Tel:  213.430.6000 | Fax:  213.430.6407

17 KELLY H. DOVE (Nevada Bar No. 10569)
   MAREK P. BUTE (Nevada Bar No. 09989)
18 SNELL & WILMER LLP
19 3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, Nevada  89169
20 Email:  kdove@swlaw.com
           mbute@swlaw.com
21 Tel:  702.784.5200 | Fax:  702.784.5252

22 *Attorneys for Plaintiffs*

23 **UNITED STATES DISTRICT COURT**
24 **DISTRICT OF NEVADA**

25
   | BEVERLY SEVCIK and MARY BARANOVICH; ANTIOCO CARRILLO and THEODORE SMALL; KAREN GOODY and KAREN VIBE; FLETCHER WHITWELL and GREG FLAMER; MIKYLA MILLER and KATRINA | No. 2:12-CV-00578-RLH-(PAL)<br><br>**CERTIFICATE AS TO INTERESTED PARTIES** |
   |---|---|

| | |
|---|---|
| 1 | MILLER; ADELE TERRANOVA and TARA NEWBERRY; CAREN CAFFERATA-JENKINS and FARRELL CAFFERATA-JENKINS; and MEGAN LANZ and SARA GEIGER, |
| 2 | |
| 3 | |
| 4 | Plaintiffs, |
| 5 | v. |
| 6 | BRIAN SANDOVAL, in his official capacity as Governor of the State of Nevada; DIANA ALBA, in her official capacity as Clerk for Clark County; AMY HARVEY, in her official capacity as Clerk for Washoe County; and ALAN GLOVER, in his official capacity as Clerk-Recorder for Carson City, |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | Defendants |

Pursuant to LR 7.1-1, the undersigned, counsel of record for Plaintiffs Beverly Sevcik and Mary Baranovich, Antioco Carrillo and Theodore Small, Karen Goody and Karen Vibe, Fletcher Whitwell and Greg Flamer, Mikyla Miller and Katrina Miller, Adele Terranova and Tara Newberry, Caren Cafferata-Jenkins and Farrell Cafferata-Jenkins, and Megan Lanz and Sara Geiger, certify that there are no known interested parties other than those participating in the case. These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

DATED: April 10, 2012.

LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.

*/s/ Tara Borelli*

JON W. DAVIDSON
TARA L. BORELLI
PETER C. RENN
SHELBI DAY
*(above counsel will comply with LR IA 10-2 within 10 days)*
3325 Wilshire Boulevard, Suite 1300
Los Angeles, California 90010

- 2 -

CARLA CHRISTOFFERSON
DAWN SESTITO
MELANIE CRISTOL
RAHI AZIZI
(*above counsel will comply with LR IA 10-2 within 10 days*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071

KELLY H. DOVE (Nevada Bar No. 10569)
MAREK P. BUTE (Nevada Bar No. 09989)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April 2012, I will serve the foregoing document by U.S. Mail, postage fully prepaid to the persons as listed below:

Governor Brian Sandoval
State Capitol Building
101 N. Carson Street
Carson City, NV 89701

Alan Glover
Carson City Clerk-Recorder
Public Safety Complex / 885 East Musser
Carson City, NV 89701

Amy Harvey
Washoe County Clerk
75 Court Street, Room 131
Reno, NV 89501

Diana Alba
Clark County Clerk
500 South Grand Central Parkway 6th Floor
Las Vegas, NV 89155

By: _____
Jamie Farnsworth
3325 Wilshire Boulevard, Suite 1300
Los Angeles, CA  90010