## UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

BEVERLY SEVCIK, ET AL.

Plaintiff,

vs.

BRIAN SANDOVAL, ET AL.

Defendant

Case No:2:12CV00578-RLH-(PAL)

Dept.No:



### AFFIDAVIT OF SERVICE

STATE OF NEVADA
COUNTY OF CARSON CITY       ss.:

**WADE MORLAN**, being duly sworn says: That at all times herein affiant was and is a citizen of the United States over 18 years of age, not a party to nor interested in the proceedings in which this affidavit is made.

The affidant received copy(ies) of the Summons; Complaint for damages, on **04/13/2012** and served the same on **04/13/2012 at 2:50 PM** by delivering and leaving a copy with:

**TRINA GIBSON, PROCESS SPECIALIST** who stated he/she is authorized to accept service on behalf of **BRIAN SANDOVAL, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF NEVADA**.

Service address:100 N.CARSON ST CARSON CITYNV 89701

A description of **TRINA GIBSON** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|-----|--------------------|--------------| ----|--------|--------|
| Female | Caucasian | Black | 40-50 | 5ft4in-5ft8in | 161-200 lbs |
| Other Features: | | | | | |

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

Sworn to and subscribed before me on the
04/16/2012 by **WADE MORLAN**

Notary

X
**WADE MORLAN**
Registration#: R-006823
Reno/Carson Messenger Service, Inc. (Lic# 322)
185 Martin Street
Reno,NV 89509
775.322.2424
Atty File#: BRIAN SANDOVAL/SKLAR

JOHNNO LAZETICH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-89542-2 - Expires January 28, 2016



*3908*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.   2:12-CV-00578-RLH-(PAL)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Diana Alba

was received by me on *(date)*   04-13-2012   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Christine Mason, Office Clerk, County Commission , who is

designated by law to accept service of process on behalf of *(name of organization)*   Diana Alba, Clark County Clerk

500 South Grand Central Parkway, 6th Floor, Las Vegas, NV on *(date)*   04-13-2012   ; or
89155                                                      @ 2:52 pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   April 16, 2012

_____
*Server's signature*

Bert Lott, Process Server #471
*Printed name and title*


1930 Village Center Circle, #3-965, Las Vegas, NV 89134
*Server's address*

Additional information regarding attempted service, etc:

Additional service documents:  Complaint for Declaratory and Injunctive Relief


BRT-2012001328

### UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

BEVERLY SEVCIK, ET AL.

Plaintiff,

vs.

BRIAN SANDOVAL, ET AL.

Defendant

Case No:2:12CV00578-RLH-(PAL)

Dept.No:



### AFFIDAVIT OF SERVICE

STATE OF NEVADA
COUNTY OF WASHOE        ss.:

**DAVID TYSON,** being duly sworn says: That at all times herein affiant was and is a citizen of the United States over 18 years of age, not a party to nor interested in the proceedings in which this affidavit is made.

The affidant received copy(ies) of the Summons; Complaint for damages, on **04/13/2012** and served the same on **04/13/2012** at **12:47 PM** by delivering and leaving a copy with:

**NANCY PARENT, ADMINISTRATIVE ASSISTANT** who stated he/she is authorized to accept service on behalf of **AMY HARVEY, IN HER OFFICIAL CAPACITY AS CLERK FOR WASHOE COUNTY.**

Service address:75 COURT STREET ROOM 131 RenoNV 89501

A description of **NANCY PARENT** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|-----|--------------------|--------------|-----|--------|--------|
| Female | Caucasian | Auburn | 45 | 5ft4in-5ft8in | 161-200 lbs |
| Other Features: | | | | | |

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

Sworn to and subscribed before me on the
04/13/2012 by **DAVID TYSON**

Notary

JOHNNO LAZETICH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-89542-2 - Expires January 20, 2016

X _____
DAVID TYSON
Registration#: R-000322
Reno/Carson Messenger Service, Inc. (Lic# 322)
185 Martin Street
Reno,NV 89509
775.322.2424
Atty File#: AMY HARVEY/SKLAR



*3987*

## UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

BEVERLY SEVCIK, ET AL.

Plaintiff,

vs.

Case No:2:12CV00578-RLH-(PAL)

Dept.No:

BRIAN SANDOVAL, ET AL.

Defendant



### AFFIDAVIT OF SERVICE

STATE OF NEVADA
COUNTY OF CARSON CITY          ss.:

**WADE MORLAN,** being duly sworn says: That at all times herein affiant was and is a citizen of the United States over 18 years of age, not a party to nor interested in the proceedings in which this affidavit is made.

The affidant received copy(ies) of the Summons; Complaint for damages, on **04/13/2012** and served the same on **04/13/2012** at **3:44 PM** by delivering and leaving a copy with:

**JERRY LYNN IDAHO, PROCESS SPECIALIST** who stated he/she is authorized to accept service on behalf of **ALAN GLOVER, IN HIS OFFICIAL CAPACITY AS CLERK-RECORDER FOR CARSON CITY.**

Service address:885 E MUSSER Carson CityNV 89701

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

Sworn to and subscribed before me on the
04/16/2012 by **WADE MORLAN**

_____
Notary

WADE MORLAN
Registration#: R-006823
Reno/Carson Messenger Service, Inc. (Lic# 322)
185 Martin Street
Reno,NV 89509
775.322.2424
Atty File#: ALAN GLOVER/SKLAR

JOHNNY LAZETICH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-93542-2 - Expires January 28, 2016

*3910*