# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BEVERLY SEVCIK and MARY BARANOVICH; ANTIOCO CARRILLO and THEODORE SMALL; KAREN GOODY and KAREN VIBE; FLETCHER WHITWELL and GREG FLAMER; MIKYLA MILLER and KATRINA MILLER; ADELE TERRANOVA and TARA NEWBERRY; CAREN CAFFERATTA-JENKINS and FARRELL CARRERATA-JENKINS; and MEGAN LANZ and SARA GEIGER,<br><br>          Plaintiffs,<br><br>     vs.<br><br>BRIAN SANDOVAL, in his official capacity as Governor of the State of Nevada; DIANA ALBA, in her official capacity as Clerk for Clark County; AMY HARVEY, in her official capacity as Clerk for Washoe County; and ALAN GLOVER, in his official capacity as Clerk-Recorder for Carson City,<br><br>          Defendants.<br>_____/ | 2:12-CV-00578-RCJ-PAL<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF (FIRST REQUEST)** |

COME NOW, Plaintiffs, by and through their undersigned attorneys of record, and Defendants, BRIAN SANDOVAL, DIANA ALBA, AMY HARVEY and ALAN GLOVER, by and through their respective undersigned counsel, and hereby stipulate and agree

-1-

1  that said defendants will be given an extension of time in
2  which to respond to the Complaint on file in this matter, up to
3  and including May 18, 2012. The Complaint for Declaratory and
4  Injunctive Relief (Doc #1) was filed herein on April 10, 2012.
5  The responsive pleadings for each of the aforementioned
6  defendants is currently due May 4, 2012.

| Dated: May 3, 2012 | Dated: May 3, 2012 |
|---|---|
| LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. | CATHERINE CORTEZ MASTO<br>Nevada Attorney General |
| By:   /s/ Tara L. Borelli<br>    TARA L. BORELLI, ESQ.<br>    3325 Wilshire Blvd.,<br>    Ste. 1300<br>    Los Angeles, CA 90010<br>    (213) 382-7600 | By: /s/ C. Wayne Howle<br>    C. WAYNE HOWLE<br>    Solicitor General<br>    100 N. Carson St.<br>    Carson City, NV 89701<br>    (775) 684-1227<br>    Whowle@ag.nv.gov |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANT, BRIAN SANDOVAL |
| Dated: May 3, 2012 | Dated: May 3, 2012 |
| RICHARD A. GAMMICK<br>District Attorney | NEIL ROMBARDO<br>District Attorney |
| By: /s/ Herbert B. Kaplan<br>    HERBERT B. KAPLAN<br>    Deputy District Attorney<br>    P. O. Box 11130<br>    Reno, NV   89520-3083<br>    (775) 337-5700<br>    hkaplan@da.washoecounty.us | By: /s/ Randal R. Munn<br>    RANDAL R. MUNN<br>    Chief Deputy District<br>    Attorney<br>    885 E. Musser St. Ste. 2030<br>    Carson City, NV   89701<br>    (775) 887-2070<br>    Rmunn@carson.org |
| ATTORNEYS FOR DEFENDANT, AMY HARVEY | ATTORNEYS FOR DEFENDANT, ALAN GLOVER |

Dated: May 3, 2012

STEVEN B. WOLFSON
District Attorney


By: /s/ Michael Foley
    MICHAEL FOLEY
    Deputy District Attorney
    500 So. Grand Central Pkwy
    Fifth Floor
    Las Vegas, NV  89155
    (775) 455-4761
    Michael.Foley@ccdanv.com

ATTORNEYS FOR DEFENDANT,
DIANA ALBA

**ORDER**

**IT IS SO ORDERED** this ____ day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE