CATHERINE CORTEZ MASTO
Attorney General
C. WAYNE HOWLE
Solicitor General
WHowle@ag.nv.gov
Nevada State Bar #3443
100 North Carson Street
Carson City, Nevada  89701-4717
Telephone:  (775) 684-1227
Facsimile:  (775) 684-1108
Attorneys for Governor Brian Sandoval

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BEVERLY SEVCIK, et al.<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>BRIAN SANDOVAL, et al.<br><br>　　　　Defendants. | CASE NO. 2:12-CV-00578-RLH-(PAL) |

### DEFENDANT GOVERNOR BRIAN SANDOVAL'S NOTICE OF

### NONOPPOSITION TO MOTION TO INTERVENE

Defendant Governor Brian Sandoval, by and through his attorneys, Nevada Attorney General Catherine Cortez Masto and Solicitor General C. Wayne Howle, hereby informs this Court and counsel that he will not oppose the Motion to Intervene, filed on May 15, 2012, by the Coalition for the Protection of Marriage.  *See* Court's Document 30.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  Defendant does not waive any potential defenses that he may raise in an answer or
2 other responsive pleading by not opposing the motion to intervene.
3  RESPECTFULLY SUBMITTED this 29th day of May, 2012.

CATHERINE CORTEZ MASTO
Attorney General

By:    s/ C. Wayne Howle
       C. Wayne Howle
       Solicitor General
       Appellate Division

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Nevada by using the appellate CM/ECF system on May 29, 2012.

Participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

                 s/Vicki Beavers_____
Vicki Beavers
Employee of the State of Nevada
Office of the Attorney General