NEIL A. ROMBARDO
CARSON CITY DISTRICT ATTORNEY
Nevada Bar Number: 6800
JOSEPH L. WARD, JR.
Senior Deputy District Attorney
Nevada Bar No: 1032
885 E. Musser Street, Suite 2030
Carson City, Nevada  89701
(775) 887-2070
*Attorneys for Defendant - Alan Glover,*
*Carson City Clerk-Recorder*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BEVERLY SEVCIK, et al.

Plaintiffs,

v.

BRIAN SANDOVAL, et al.

Defendants.

Case No.  2:12-CV-00578-RCJ-(PAL)

### DEFENDANT ALAN GLOVER'S NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO FILE SURREPLY (DKT. 53) AND NOTICE OF INTENT TO RESPOND

Defendant ALAN GLOVER, in his official capacity as the Clerk-Recorder for Carson City, a consolidated municipality (hereinafter "Carson City"), by and through counsel of record, NEIL A. ROMBARDO, District Attorney, and JOSEPH L. WARD, JR., Senior Deputy District Attorney, hereby informs this Court and counsel that he will not oppose the Plaintiffs' "Motion to File Surreply . . . " (Dkt. 53).  Defendant Glover, through his counsel, intends to file a response to Plaintiffs' Motion (Dkt. 53) within ten days from the date this Court enters an

/ / /

/ / /

/ / /

/ / /

order granting same.

Respectfully submitted this 27th day of June, 2012.

        NEIL A. ROMBARDO
        District Attorney

By:   /s/ Joseph L. Ward, Jr.
       JOSEPH L. WARD, JR.
       Senior Deputy District Attorney
       Nevada Bar No: 1032
       885 E. Musser St., Suite 2030
       Carson City, Nevada 89701
       775-887-2070
       *Attorneys For Defendant - Alan Glover,*
       *Carson City Clerk-Recorder*

Office of the District Attorney
Carson City, Nevada
885 East Musser St., Suite 2030, Carson City, Nevada 89701
Tel.: (775) 887-2070 Fax: (775) 887-2129

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Nevada by using the appellate CM/ECF system on June 27, 2012. Participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/   Jana Whitson
Jana Whitson
Employee of the Carson City
District Attorney's Office

Office of the District Attorney
Carson City, Nevada
885 East Musser St., Suite 2030, Carson City, Nevada 89701
Tel.: (775) 887-2070 Fax: (775) 887-2129