CATHERINE CORTEZ MASTO
Attorney General
C. WAYNE HOWLE
Solicitor General
WHowle@ag.nv.gov
Nevada State Bar #3443
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1227
Facsimile: (775) 684-1108
Attorneys for Governor Brian Sandoval

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BEVERLY SEVCIK, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNOR BRIAN SANDOVAL, acting in his official capacity, et al.<br><br>Defendants. | CASE NO. 2:12-CV-00578-RCJ-(PAL) |

## DEFENDANT GOVERNOR BRIAN SANDOVAL'S

## NOTICE OF NONOPPOSITION TO PLAINTIFFS'

## MOTION TO FILE SURREPLY

Defendant Governor Brian Sandoval, acting in his official capacity, by and through his attorneys, Nevada Attorney General Catherine Cortez Masto and Solicitor General C. Wayne Howle, hereby informs this Court and counsel that he will not oppose the Motion to File Surreply, filed on June 27, 2012, by the Coalition for the Protection of Marriage. *See* Court's Document 53.

///

///

///

1

1    Defendant does not, by this waiver, intend agreement with the position plaintiffs take in
2 their surreply.  Defendant furthermore reserves the right to file a response to the plaintiffs'
3 arguments.
4    RESPECTFULLY SUBMITTED this 2nd day of July, 2012.

>     CATHERINE CORTEZ MASTO
>     Attorney General
>     By:    /s/ C. Wayne Howle
>            C. Wayne Howle
>            Solicitor General
>            Nevada State Bar #3443
>            100 North Carson Street
>            Carson City, Nevada  89701
>            (775) 684-1227
>            (775) 684-1108 (f)
>            *Attorneys for Defendant*
>            *Hon. Brian Sandoval*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court District of Nevada by using the appellate CM/ECF system on July 2, 2012.

Participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system as follows:

| | |
|---|---|
| Carla Christofferson<br>O'Melveny & Myers LLP<br>cchristofferson@omm.com | Rahi Azizi<br>O'Melveny & Myers LLP<br>razizi@omm.com |
| Dawn Sestito<br>O'Melveny & Myers LLP<br>dsestito@omm.com | Shelbi Day<br>Lambda Legal Defense and Edu. Fund, Inc.<br>sday@lambdalegal.org |
| Kelly Dove<br>Snell & Wilmer, LLP<br>kdove@swlaw.com | Jon W. Davidson<br>Lambda Legal Defense and Edu. Fund, Inc.<br>jdavidson@lambdalegal.org |
| Marek P. Bute<br>Snell & Wilmer LLP<br>mbute@swlaw.com | Tara Borelli<br>Lambda Legal Defense and Edu. Fund, Inc.<br>tborelli@lambdalegal.org |
| Melanie Cristol<br>O'Melveny & Myers LLP<br>mcristol@omm.com | Peter C. Renn<br>Lambda Legal Defense and Edu. Fund, Inc.<br>prenn@lambdalegal.org |
| D. Chris Albright, Esq.<br>Albright, Stoddard, et al.<br>dca@albrightstoddard.com | Monte N. Stewart, Esq.<br>Belnap Stewart Taylor, et al.<br>stewart@bclnaplaw.com |
| Michael L. Foley<br>Clark County DA's Office<br>Michael.foley@ccdanv.com | Herbert B. Kaplan<br>Washoe Co. DA's Office<br>hkaplan@da.washoecounty.us |
| Randal R. Munn<br>Carson City DA's Office<br>RMunn@carson.org | Craig G. Taylor<br>Belnap Stewart Taylor, et al.<br>cgtaylor@belnaplaw.com |

s/Vicki Beavers
Vicki Beavers
Employee of the State of Nevada
Office of the Attorney General