# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BEVERLY SEVCIK, *et al.,* | Case No.: 2:12-CV-00578-RCJ-PAL |
| Plaintiffs, | |
| vs. | **MINUTE ORDER** |
| | September 17, 2012 |
| BRIAN SANDOVAL, *et al.,* | |
| Defendants. | |

**MINUTE ORDER IN CHAMBERS:**

　　IT IS HEREBY ORDERED that oral argument on (Docket 32 & 33) set for Monday, November 26, 2012, is VACATED.

　　The court will issue a written order on the pleadings.

　　**IT IS SO ORDERED** this 17th day of September, 2012.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　United States Chief District Judge