JON W. DAVIDSON (*pro hac vice*)
TARA L. BORELLI (*pro hac vice*)
PETER C. RENN (*pro hac vice*)
SHELBI DAY (*pro hac vice*)
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
3325 Wilshire Boulevard, Suite 1300
Los Angeles, California  90010
jdavidson@lambdalegal.org, tborelli@lambdalegal.org
prenn@lambdalegal.org, sday@lambdalegal.org
Tel:  213.382.7600 | Fax:  213.351.6050

CARLA CHRISTOFFERSON (*pro hac vice*)
DAWN SESTITO (*pro hac vice*)
MELANIE CRISTOL (*pro hac vice*)
RAHI AZIZI (*pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071
cchristofferson@omm.com, dsestito@omm.com
mcristol@omm.com, razizi@omm.com
Tel:  213.430.6000 | Fax:  213.430.6407

KELLY H. DOVE (Nevada Bar No. 10569)
MAREK P. BUTE (Nevada Bar No. 09989)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
kdove@swlaw.com, mbute@swlaw.com
Tel:  702.784.5200 | Fax:  702.784.5252

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BEVERLY SEVCIK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BRIAN SANDOVAL, et al.,<br><br>　　　　　Defendants,<br><br>and<br><br>COALITION FOR THE PROTECTION OF MARRIAGE,<br><br>　　　　　Defendant-Intervenor. | No. 2:12-CV-00578-RCJ-PAL<br><br>**UNOPPOSED MOTION AND PROPOSED ORDER REGARDING PAGE LIMITS FOR PLAINTIFFS' COMBINED OPPOSITION BRIEF TO MOTIONS FOR SUMMARY JUDGMENT BY DEFENDANTS AND DEFENDANT-INTERVENOR** |

On September 10, 2012, Defendant Sandoval, Defendant Glover, and Defendant-Intervenor Coalition for the Protection of Marriage (collectively, "Defendants") each filed a separate motion for summary judgment against Plaintiffs. Dkt. 85 (16-page brief), 74 (30-page brief), 72 (30-page brief). Plaintiffs' opposition briefs to Defendants' three motions are currently due October 25, 2012. Dkt. 67. Under the local rule governing opposition briefs, LR 7-4, Plaintiffs would ordinarily be entitled to file three separate briefs, each 30 pages in length (for a total of 90 pages). Plaintiffs, however, wish to promote efficiency and economy for the Court by filing one combined opposition brief of 45 pages, which is half the amount of pages they would otherwise be allotted. Plaintiffs respectfully submit this motion seeking leave to file such a brief. All parties have advised Plaintiffs' counsel that they do not oppose Plaintiffs' request to submit a combined opposition brief of up to 45 pages, and counsel respectfully request that it be so ordered.

DATED: September 27, 2012

Respectfully submitted,

| | |
|---|---|
| LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. | CARLA CHRISTOFFERSON *(pro hac vice)* <br> DAWN SESTITO *(pro hac vice)* <br> MELANIE CRISTOL *(pro hac vice)* |
| /s/ Tara L. Borelli <br> JON W. DAVIDSON *(pro hac vice)* <br> TARA L. BORELLI *(pro hac vice)* <br> PETER C. RENN *(pro hac vice)* <br> SHELBI DAY *(pro hac vice)* | RAHI AZIZI *(pro hac vice)* <br> O'MELVENY & MYERS LLP <br><br> KELLY H. DOVE <br> MAREK P. BUTE <br> SNELL & WILMER LLP |

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated: October 22, 2012

_____
The Honorable Robert C. Jones
United States District Court Judge

- 1 -