TARA L. BORELLI (*pro hac vice*)
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
730 Peachtree Street, NE, Suite 1070
Atlanta, Georgia 30308
tborelli@lambdalegal.org
Tel: 404.897.1880 | Fax: 404.897.1884

JON W. DAVIDSON (*pro hac vice*)
PETER C. RENN (*pro hac vice*)
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
4221 Wilshire Blvd., Suite 280
Los Angeles, California  90010
jdavidson@lambdalegal.org, prenn@lambdalegal.org
Tel: 213.382.7600 | Fax: 213.351.6050

CARLA CHRISTOFFERSON (*pro hac vice*)
DAWN SESTITO (*pro hac vice*)
RAHI AZIZI (*pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071
cchristofferson@omm.com, dsestito@omm.com
razizi@omm.com
Tel: 213.430.6000 | Fax: 213.430.6407

KELLY H. DOVE (Nevada Bar No. 10569)
MAREK P. BUTE (Nevada Bar No. 09989)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
kdove@swlaw.com, mbute@swlaw.com
Tel: 702.784.5200 | Fax: 702.784.5252

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BEVERLY SEVCIK, et al., | No. 2:12-CV-00578-RCJ-PAL |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PERMANENT INJUNCTIVE RELIEF** |
| v. | |
| BRIAN SANDOVAL, et al., | |
| Defendants, | |
| and | |
| COALITION FOR THE PROTECTION OF MARRIAGE, | |
| Defendant-Intervenor. | |

1    On October 7, 2014, the Ninth Circuit issued its opinion in this case providing as follows:

2    "The judgment of the district court in *Sevcik v. Sandoval* is REVERSED, and the case is

3    REMANDED to the district court for the prompt issuance of an injunction permanently enjoining

4    the state, its political subdivisions, and its officers, employees, and agents, from enforcing any

5    constitutional provision, statute, regulation or policy preventing otherwise qualified same-sex

6    couples from marrying, or denying recognition to marriages celebrated in other jurisdictions

7    which, if the spouses were not of the same sex, would be valid under the laws of the state."

8    Subsequently, also on October 7, 2014, the Ninth Circuit issued its mandate, stating that, "The

9    judgment of this Court, entered October 07, 2014, takes effect this date."

10    Accordingly, the Court hereby permanently enjoins the state, its political subdivisions,

11    and its officers, employees, and agents, from enforcing any constitutional provision, statute,

12    regulation or policy preventing otherwise qualified same-sex couples from marrying, or denying

13    recognition to marriages celebrated in other jurisdictions which, if the spouses were not of the

14    same sex, would be valid under the laws of the state.

15

16    **IT IS SO ORDERED.**

17

18    Dated: _____, 2014

19

20                                            _____
      The Honorable Robert C. Jones
21      United States District Court Judge

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that I will electronically file the foregoing document with the Clerk of

3   the Court for the United States District Court, District of Nevada by using the CM/ECF system

4   on October 7, 2014.  All participants in the case are registered CM/ECF users, and will be

5   served by the CM/ECF system.

6

7                        By: /s/ Tara Borelli
                         Tara Borelli

8                            730 Peachtree Street, NE, Suite 1070
                         Atlanta, Georgia 30308

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -