# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| BEVERLY SEVCIK et al., | ) | |
| Plaintiffs, | ) ) | 2:12-cv-00578-RCJ-PAL |
| vs. | ) ) | |
| BRIAN SANDOVAL et al., | ) ) | **ORDER** |
| Defendants. | ) ) | |

IT IS HEREBY ORDERED that the undersigned judge does RECUSE himself and REFER this case for reassignment to the Honorable Gloria M. Navarro, Chief Judge.

Dated this 8th day of October, 2014.

_____
ROBERT C. JONES
United States District Judge