UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BEVERLY SEVCIK, et al. | Case No. 2:12-CV-578 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| BRIAN SANDOVAL, et al., | |
| Defendant(s). | |

On October 7, 2014, the Ninth Circuit reversed and remanded the district court's judgment in this case. The Ninth Circuit directed that the district court promptly issue an injunction "permanently enjoining the state, its political subdivisions, and its officers, employees, and agents, from enforcing any constitutional provision, statute, regulation or policy preventing otherwise qualified same-sex couples from marrying, or denying recognition to marriages celebrated in other jurisdictions which, if the spouses were not of the same sex, would be valid under the laws of the state."

On October 7, 2014, the Ninth Circuit issued its mandate holding: "The judgment of this Court, entered October 7, 2014, takes effect this date."

Accordingly, the court hereby permanently enjoins the state of Nevada, its political subdivisions, and its officers, employees, and agents, from enforcing any constitutional provision, statute, regulation or policy preventing otherwise qualified same-sex couples from marrying, or denying recognition to marriages celebrated in other jurisdictions which, if the spouses were not of the same sex, would be valid under the laws of the state.

IT IS SO ORDERED October 9, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**