# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 9, 2015

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:   Coalition for the Protection of Marriage
           v. Beverly Sevcik, et al.
           No. 14-1214
           (Your No. 12-17668)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 9, 2015 and placed on the docket April 9, 2015 as No. 14-1214.

Sincerely,

**Scott S. Harris**, Clerk

by

Melissa Blalock
Case Analyst