**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BEVERLY SEVCIK, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>BRIAN SANDOVAL, et al.,<br><br>Defendant(s). | Case No. 2:12-CV-578 JCM (PAL)<br><br>ORDER |

Presently before the court is plaintiffs and defendant's joint motion seeking an extension of time for plaintiffs to file a motion for attorney's fees and bill of costs (doc. #139). Both parties state that they have agreed on specific terms that would fully and finally resolve claims for fees and costs, but those fees must be approved by the Nevada State Board of Examiners ("BOE") pursuant to Nev. Rev. Stat. § 353.010, et seq. Parties state that the BOE will be able to hear the proposed settlement agreement no earlier than its October 13, 2015 meeting. Accordingly, plaintiffs and defendants request an extension for plaintiff to seek fees and costs until October 30, 2015.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the parties joint motion seeking an extension of time for plaintiff to file a motion for attorney's fees and bill of costs (doc. # 139) be, and the same hereby is, GRANTED.

1    IT IS THEREFORE ORDERED that plaintiff shall have up to, and including, October 30,
2    2015, in which to file a motion for attorney's fees and bill of costs.
3    DATED August 17, 2015.

_____
UNITED STATES DISTRICT JUDGE

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

James C. Mahan
U.S. District Judge

- 2 -